IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-144-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER SEALING EXHIBIT A:** |
| ) | **APPLICATION AND AFFIDAVIT** |
| $645,100.00 IN UNITED STATES ) | **IN SUPPORT OF COMPLAINT FOR** |
| CURRENCY SEIZED FROM SELECT ) | **FORFEITURE IN REM** |
| BANK ACCOUNT NUMBER 1026509, ) | |
| ) | |
| Defendant. ) | |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that Exhibit A - the Application and Affidavit of Task Force Officer Andrew Pappas, Internal Revenue Service-Criminal Investigation, filed herein, be sealed by the Clerk except that certified copies be provided to the Office of the United States Attorney and/or the Internal Revenue Service-Criminal Investigation upon request.

SO ORDERED.

This  7th   day of April, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge