IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-144-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| $645,100.00 IN UNITED STATES CURRENCY SEIZED FROM SELECT BANK ACCOUNT NUMBER 1026509, | : |
| Defendant. | : |

**ORDER TO UNSEAL AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE <u>IN</u> <u>REM</u>, THE MOTION AND ORDER APPROVING**

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Affidavit in Support of Complaint for Forfeiture In Rem sealed herein be unsealed.

This the <u>14th</u> day of May, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge